# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FRANCIS GOODS,<br><br>    Plaintiff,<br><br>v.<br><br>WASCO STATE PRISON,<br><br>    Defendant. | Case No.: 1:19-cv-00661-AWI-SAB (PC)<br><br>FINDINGS AND RECOMMENDATION RECOMMENDING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT BE DENIED<br><br>ORDER GRANTING PLAINTIFF FOURTEEN ADDITIONAL DAYS TO FILE OBJECTIONS TO JULY 2, 2019, FINDINGS NAD RECOMMENDATIONS<br><br>[ECF No. 11] |

Plaintiff Charles Francis Goods is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to amend the complaint, filed July 15, 2019.

On May 28, 2019, the Court ordered Plaintiff to show cause within twenty-one (21) days why the action should not be dismissed for failure to exhaust the administrative remedies. After Plaintiff did not respond to the order to show cause, the Court issued Findings and Recommendations recommending dismissal of the action, without prejudice, on July 2, 2019. The Findings and Recommendations were served on Plaintiff and contained notice that objections were due within fourteen days, i.e. on or before July 16, 2019. To date, Plaintiff has not filed objections. However, as previously stated, on July 15, 2019, Plaintiff filed a motion to amend the complaint and submits that he wishes to add additional factual details to support the merits of his deliberate indifference claim.

1

Plaintiff's motion to amend must be denied because Plaintiff has failed to address whether he has exhausted the administrative remedies, and on the face of the complaint filed on May 15, 2019, it is clear that he contends he has not. In addition, Plaintiff's motion to amend does not address whether he has in fact exhausted the administrative remedies. Accordingly, Plaintiff cannot proceed with this action unless and until he has exhausted all available administrative remedies, and Plaintiff's motion to amend should be denied. In the interest of justice, the Court will grant Plaintiff an additional fourteen days to file objections to the July 2, 2019, Findings and Recommendations recommending dismissal of the action without prejudice.

Accordingly, it is HEREBY ORDERED that Plaintiff is granted **fourteen (14) days** from the date of service of this order to file objections to the July 2, 2019, Findings and Recommendations recommending dismissal of the action, without prejudice.

Further, it is HEREBY RECOMMENDED that Plaintiff's motion to amend the complaint be denied.

This Findings and Recommendation will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with this Findings and Recommendation, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: __**July 18, 2019**__

UNITED STATES MAGISTRATE JUDGE